IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Renee Huenefeld, | ) | |
| | ) | |
|     *Plaintiff*, | ) | |
| | ) | |
|   v. | ) | Case No: 14 C 50040 |
| | ) | |
| Aububon Financial Bureau, LLC, | ) | |
| | ) | |
|     *Defendant*. | ) | Judge Frederick J. Kapala |

## ORDER

This matter comes before the court based on a report and recommendation ("R&R") [29] from the magistrate judge that this court grant plaintiff's motion for default judgment [26] against defendant Audubon Financial Bureau, LLC, for failure to answer. The record shows that defendant was served on May 30, 2014. On July 2, 2014, the clerk of this court entered default against defendant for failure to answer pursuant to Rule 55(a). In her motion, plaintiff sought $6,776.00 in damages, including $1,000 in statutory damages, $3,995.00 in attorney's fees, and $1,781.00 in costs. Following a hearing on the motion, the magistrate recommends granting the default judgment for $4,942.00, based on $1,000 in damages, $3,411.00 in attorney's fees, and $531 in costs. The magistrate recommends reducing plaintiff's attorney's fees request because her attorneys failed to adequately support their requested billing rates, and her costs request because plaintiff included her local counsel's fees as an attorney's fee and again failed to adequately support the rate charged by local counsel. As of this date, defendant has not entered an appearance, filed an answer, otherwise pled, or objected to the magistrate judge's R&R. Additionally, plaintiff has not objected to the magistrate's reduction in her damage figure, a reduction this court finds persuasive. Accordingly, there being no written objection to the magistrate judge's R&R entered on 8/11/2014, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R [29] and grants plaintiff's motion for default judgment [26] as to defendant in the amount of $4,942.00. This case is closed.

Date: 8/28/2014                                                            ENTER:

                                                                                       _____

                                                                                       FREDERICK J. KAPALA

                                                                                       District Judge