# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Renee Huenefeld,

Plaintiff(s),

v.

Audubon Financial Bureau, LLC,

Defendant(s).

Case No. 14 C 50040
Judge Frederick J. Kapala

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Default Judgment is entered for plaintiff Renee Huenefeld and against defendant Audubon Financial Bureau, LLC in the amount of $4,942.00.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Frederick J. Kapala on a motion for default judgment.

Date: 9/2/2014

Thomas G. Bruton, Clerk of Court
/S/ Susan Bennehoff, Deputy Clerk